

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-12-00381-CR

**IN RE** Vicente **REYES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Rebeca C. Martinez, Justice

The court has considered the "Motion for Nunc Pro Tunc Correction of Opinion" filed by the Relator on August 1, 2016 and the motion is DENIED.

It is so **ORDERED** on August 12, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2006CR6988, styled *State v. Vincente Reyes*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.